E. K. Wade (Pro Se)
300 Bel Air Drive, #99
Vacaville, CA 95687
(925) 323-1578

**Attorney for Plaintiff**

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| **E. K. Wade** | Case No. 1:13 CV 708 RC |
| Plaintiff, | **PLAINTIFF'S MOTION TO DISMISS AMENDED COMPLAINT WITHOUT PREJUDICE** |
| vs. | |
| **Jeff Miller, et al** | |
| Defendants. | |

Pursuant to Rule 41 (a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby motions to dismiss the above-mentioned amended complaint without prejudice. Respectfully submitted.

Dated this 21st day of October 2013

*E. K. Wade*

E. K. Wade (Pro Se)
**Attorney for Plaintiff**
300 Bel Air Drive, #99
Vacaville, CA 95687
(925) 323-1578

RECEIVED
Mail Room

OCT 28 2013

Angela D. Caesar, Clerk of Court
U.S District Court, District of Columbia

E. K. Wade v. Jeff Miller, et al
Plaintiff's Motion to Dismiss Without Prejudice
C 1:13 CV 708 RC - 1